19 A.3d 984

IN THE MATTER OF CARL D. GENSIB, AN ATTORNEY
AT LAW (ATTORNEY NO. 029931990).

June 7, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–340, concluding that **CARL D. GENSIB** of **NORTH BRUNSWICK,** who was admitted to the bar of this State in 1990, should be censured for violating *RPC* 1.5(b) (failing to provide a written fee agreement) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **CARL D. GENSIB** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.